**NORTON ROSE FULBRIGHT**

April 29, 2022

**Via CM/ECF**

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
United States

**Brett C. Govett**
**Partner**
Direct line +1 214 855 8118
brett.govett@nortonrosefulbright.com

Tel +1 214 855 8000
Fax +1 214 855 8200
nortonrosefulbright.com

The Honorable Peter R. Marksteiner
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington D.C. 20439

Re:   *ThermoLife Int'l LLC v. Human Power of N Co.*, Nos. 22-1316, -1367

Dear Colonel Marksteiner:

On behalf of appellee Human Power of N Co. ("HumanN"), and pursuant to the Court's Order dated April 4, 2022, I write to inform the Court that on April 15, 2022, the district court dissolved the temporary restraining order on review (the "TRO"). *See* Ex. A. For that reason, in addition to the other reasons HumanN has already set forth, *see* Dkt. 23 at 12-15; Dkt. 27 at 3-8, the TRO is not appealable. Nor has the district court entered any other appealable order. HumanN therefore respectfully submits that this Court lacks appellate jurisdiction under 28 U.S.C. § 1292, and requests that these appeals be dismissed.

ThermoLife previously argued that dissolution of the TRO would not divest this Court of jurisdiction because, in ThermoLife's opinion, a similar TRO might issue in the future. Dkt. 26, 30. This Court appears to have rejected that argument when, over ThermoLife's objection, the Court remanded to the district court for that court to dissolve the TRO. *See* Dkt. 31. This Court's order would have been pointless if, as ThermoLife argued, the dissolution would have no effect on this appeal.

In any event, ThermoLife's argument is wrong, both legally and factually. A federal court of appeals cannot review an order that does not—and may never— exist. *See* § 1292. The cases ThermoLife cites do not suggest otherwise. All of them involve Article III's case-or-controversy requirement; none involves Section

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Hon. Peter R. Marksteiner
April 29, 2022
Page 2

NORTON ROSE FULBRIGHT

1292's additional dictate that an appeal cannot proceed in the absence of an appealable order. And in any event, as HumanN has explained, the independent actions of non-party Amazon belie ThermoLife's contention that a similar TRO is likely ever to issue. *See* Dkt. 29.

        Respectfully submitted,

        <u>/s/ Brett C. Govett</u>
        Brett C. Govett
        NORTON ROSE FULBRIGHT US LLP
        2200 Ross Avenue, Suite 3600
        Dallas, TX 75201-7932
        (214) 855-8118

        *Counsel for Appellee*

Attachment

## CERTIFICATE OF COMPLIANCE

This letter contains 278 words.

> */s/ Brett C. Govett*
> Brett C. Govett
> NORTON ROSE FULBRIGHT US LLP
> 2200 Ross Avenue, Suite 3600
> Dallas, TX 75201-7932
> (214) 855-8118
>
> *Counsel for Appellee*

# CERTIFICATE OF SERVICE

Case Nos. 22-1316, -1367

*ThermoLife Int'l LLC v. Human Power of N Co.*

I certify that I served a copy of this document on April 29, 2022, via CM/ECF on all counsel of record.

Dated: April 29, 2022        /s/ *Brett C. Govett*
                             Brett C. Govett
                             NORTON ROSE FULBRIGHT US LLP
                             2200 Ross Avenue, Suite 3600
                             Dallas, TX 75201-7932
                             (214) 855-8118

                             *Counsel for Appellee*

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HUMAN POWER OF N COMPANY, d/b/a HUMANN, f/k/a NEOGENIS LABS, INC.,<br><br>    Defendant. | Civil Action No. 6:21-CV-00144-ADA |

## ORDER GRANTING HUMAN POWER OF N COMPANY'S OPPOSED RENEWED MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

Before the Court is HumanN's Opposed Renewed Motion To Dissolve Temporary Restraining Order, filed on April 12, 2022. Dkt. No. 116 (the "Renewed Motion"). On February 17, 2022, this Court issued an Indicative Ruling stating that it would dissolve the TRO, Dkt. No. 88, if the Federal Circuit remanded for that purpose. *See* Dkt. No. 109. The Federal Circuit then remanded for that purpose. Dkt. No. 113. Accordingly, the Court agrees with HumanN that the TRO should be dissolved.

    **THEREFORE:**

    **IT IS ORDERED** that the Renewed Motion is GRANTED, and the Temporary Restraining Order, Dkt. No. 88, is hereby DISSOLVED.

**SIGNED** on this _April 15th_, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE